No. 87–1201. OSTERNECK ET AL. *v.* ERNST & WHINNEY. C. A. 11th Cir. Certiorari granted.

No. 87–1295. UNITED STATES *v.* SOKOLOW. C. A. 9th Cir. Certiorari granted.

No. 87–1555. BURNLEY, SECRETARY OF TRANSPORTATION, ET AL. *v.* RAILWAY LABOR EXECUTIVES' ASSN. ET AL. C. A. 9th Cir. Motion of Thomas Colley et al. for leave to file a brief as *amici curiae* granted. Certiorari granted and case set for oral argument in tandem with No. 86–1879, *National Treasury Employees Union et al.* v. *Von Raab, Commissioner, United States Customs Service* [certiorari granted, 485 U. S. 903].

No. 86–757. OLYMPUS CORP. *v.* UNITED STATES ET AL. C. A. 2d Cir. Certiorari denied.

No. 87–969. IMPEMBA *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 87–1338. MILLWOOD *v.* MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 87–1514. ARMCO INC. *v.* NATIONAL LABOR RELATIONS BOARD ET AL.; and

No. 87–1719. UNITED STEELWORKERS OF AMERICA, AFL–CIO, ET AL. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 6th Cir. Certiorari denied. Reported below: 832 F. 2d 357.

No. 87–1515. MAINE CENTRAL RAILROAD CO. ET AL. *v.* BROTHERHOOD OF MAINTENANCE OF WAY EMPLOYES ET AL. C. A. 1st Cir. Certiorari denied.

No. 87–1533. DAUGHERTY ET AL. *v.* AT&T TECHNOLOGIES, INC., ET AL. C. A. 5th Cir. Certiorari denied.